No. 131. FEDERAL TRADE COMMISSION *v.* ALBERTY ET AL. United States Court of Appeals for the District of

Columbia Circuit. Certiorari denied. *Solicitor General Perlman* for petitioner. *Carl McFarland* and *Kenneth L. Kimble* for respondents. 